1
2
3
4                              **UNITED STATES DISTRICT COURT**
5                                    **DISTRICT OF NEVADA**
6

7    REBEL COMMUNICATIONS, LLC, a          )
     Nevada Limited Liability Company,     )
8                                          )
                Plaintiff,                 )        Case No.  2:10-cv-00513-LRH-GWF
9                                          )
     vs.                                   )        **ORDER**
10                                         )
     VIRGIN VALLEY WATER DISTRICT, *et al.*, )
11                                         )
                Defendants.                )
12   _____)

13          This matter is before this Court on the parties' Stipulated Discovery Plan and Scheduling

14   Order (#132) filed August 20, 2012.  The proposed Order before the Court does not comply with

15   the requirements of LR 26-1.  LR 26-1(e)(1) sets a period of 180 days as a presumptively

16   reasonable amount of time in which to conduct discovery.  The 180 days is measured from the date

17   the first defendant answered or otherwise appeared.  Discovery plans requesting longer than 180

18   days from the date the first defendant answers or appears require special scheduling review.

19   **Where such special scheduling review is requested, the plan shall state the reasons why**

20   **longer or different time periods should apply.**  Accordingly,

21          **IT IS HEREBY ORDERED** that the parties' Stipulated Discovery Plan and Scheduling

22   Order (#132) is **denied**, without prejudice.

23          **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and

24   Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling

25   review no later than August 28, 2012.

26          DATED this 21st day of August, 2012.

27

28                                                 _____
                                                   GEORGE FOLEY, JR.
                                                   United States Magistrate Judge