AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Rebel Communications LLC

            Plaintiff,

V.

Robert Smith, Karl Gustaveson,
Timothy R. Hacker, et al

            Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00513-LRH -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of defendants Smith and Gustaveson against plaintiff Rebel Communications LLC in the amount of $29,200.93 in costs and attorneys' fees.

FURTHER ORDERED, judgment is hereby entered in favor of defendant Hacker against plaintiff Rebel Communications LLC in the amount of $5,360.33 in costs and attorneys' fees.

November 16, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk