1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | | |
|---|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.   2:10-CV-00513-LRH (GWF) |
| vs. | ) ) | **STIPULATION AND ORDER TO** |
| VIRGIN VALLEY WATER DISTRICT et al. | ) ) ) | **EXTEND DATE FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** |
| Defendants. | ) ) | |

Plaintiff and Defendants, acting by and through counsel, stipulate that the scheduled date to file all Responses to Motions for Summary Judgement, presently due February 19, 2015 and February 26, 2015, be extended to Thursday, March 12, 2015. All Replies will be due March 30, 2015. The reason for this short extension is that Counsel for Rebel Communications have been in trial, and are unable to effectively contribute their time to Defendants' Motions.

///

///

///

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for all Oppositions to Motions for Summary Judgment to Thursday, March 12, 2015.

RESPECTFULLY SUBMITTED on the 17th day of February, 2015.

| | |
|---|---|
| Marquiz Law Office<br>Professional Corporation<br>By: /s/Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, Nevada 89052<br>*Attorney for Rebel Communications, LLC* | Thorndal, Armstrong, Delk,<br>Balkenbush & Eisinger<br>By: /s/Philip Goodhart, Esq.<br>Philip Goodhart, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Counsel for City of Mesquite* |

Morris, Sullivan, Lemkul & Pitegoff
By: /s/Jeffrey I. Pitegoff, Esq.
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
*Attorney for Virgin Valley Water District*

## **ORDER**

IT IS SO ORDERED.

DATED this 19th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE