**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | | |
|---|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.   2:10-CV-00513-LRH (GWF) |
| vs. | ) ) | |
| VIRGIN VALLEY WATER DISTRICT et al.) | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND ORDER TO EXTEND RESPONSES TO VIRGIN VALLEY WATER DISTRICT'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT ERIC C. FRYE, AND CITY OF MESQUITE'S JOINDER**

Plaintiff and Defendants, acting by and through counsel, stipulate that the scheduled date to file a Response to Virgin Valley Water District's Motion to Exclude Opinions and Testimony of Plaintiff's Expert Eric C. Frye, and City of Mesquite's Joinder, presently due March 8, 2015, be extended to March 18, 2015. All Replies will be due April 6, 2015. The reason for this short extension is Counsel for Rebel Communications have been in trial in 2:13-cr-00018-JCM-GWF, which is scheduled to continue through the week of March 9, 2015 and, therefore, are unable to effectively contribute their time to Defendant's Motion.

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for Oppositions to Motion to Exclude Opinions and Testimony of Plaintiff's Expert Eric C. Frye to Wednesday, March 18, 2015. Replies shall be filed on Monday, April 6, 2015.

RESPECTFULLY SUBMITTED on the 9th day of March, 2015.

| | |
|---|---|
| Marquiz Law Office<br>Professional Corporation<br>By: /s/Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, Nevada 89052<br>*Attorney for Rebel Communications, LLC* | Thorndal, Armstrong, Delk,<br>Balkenbush & Eisinger<br>By: /s/Philip Goodhart, Esq.<br>Philip Goodhart, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Counsel for City of Mesquite* |

Morris, Sullivan, Lemkul & Pitegoff
By: /s/Jeffrey I. Pitegoff, Esq.
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
*Attorney for Virgin Valley Water District*

**ORDER**

IT IS SO ORDERED, nunc pro tunc.

DATED this 10th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE