**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, | Case No.: 2:10-CV-00513-LRH (GWF) |
| Plaintiff, | |
| vs. | **SECOND STIPULATION AND ORDER TO EXTEND DATES FOR RESPONSE AND REPLY BRIEFS TO PENDING MOTIONS FOR SUMMARY JUDGMENT** |
| VIRGIN VALLEY WATER DISTRICT, *et al.*, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree that the parties' opposition briefs to the pending motions for summary judgment (currently scheduled to be filed on March 12, 2015) be continued until March 23, 2015, and all reply briefs (currently scheduled to be filed on March 30, 2015) continued until April 13, 2015. In this regard, over the last several weeks, Plaintiff's counsel (Craig Marquiz, Esq.) has been involved with several legislative matters before the Nevada State Legislature. To that end, said

counsel has been asked to comment, and potentially testify, on several tax issues as part of the Governor's initiative to raise funds for educational programs and new school construction. The proposed extension is the second requested extension.

RESPECTFULLY SUBMITTED this 10th day of March, 2015.

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Rebel Communications, LLC

Morris Sullivan Lemkul Pitegoff

By: /s/ Jeffrey I. Pitegoff, Esq.
Jeffrey I. Pitegoff, Esq.
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128
Attorney for the Virgin Valley Water District

Thorndal, Armstrong, Delk, Balkenbush & Eisinger

By: /s/ Philip Goodheart, Esq.
Philip Goodheart, Esq.
1100 East Bridger Ave.
Las Vegas, NV 89101
Attorney for the City of Mesquite

**O R D E R**

IT IS SO ORDERED.

DATED this 11th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE