UNITED STATES DISTRICT COURT
DISTRICT of NEVADA

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, | |
| Plaintiff, | CASE NO.   2:10-CV-00513-LRH (GWF) |
| vs. | |
| VIRGIN VALLEY WATER DISTRICT et al. | |
| Defendants. | |

**THIRD STIPULATION AND ORDER TO EXTEND RESPONSES TO VIRGIN VALLEY WATER DISTRICT'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT ERIC C. FRYE, AND CITY OF MESQUITE'S JOINDER**

Plaintiff and Defendants, acting by and through counsel, stipulate that the scheduled date to file a Response to Virgin Valley Water District's Motion to Exclude Opinions and Testimony of Plaintiff's Expert Eric C. Frye, and City of Mesquite's Joinder, presently due March 23, 2015, be extended to March 30, 2015. Reply briefs will be due April 20, 2015. The reason for the third extension is Counsel for Rebel Communications, after recently having been in trial for approximately three weeks, are catching up on multiple other Motions for Summary Judgments as well as Oppositions to briefs which are also due on March 23, 2015; therefore, have been unable to effectively contribute their time to Defendant's Motion.

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for Oppositions to Motion to Exclude Opinions and Testimony of Plaintiff's Expert Eric C. Frye to March 30, 2015, and reply briefs will be due April 20, 2015.

RESPECTFULLY SUBMITTED on the 23rd day of March, 2015.

| | |
|---|---|
| Marquiz Law Office<br>Professional Corporation<br>By: /s/Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, Nevada 89052<br>*Attorney for Rebel Communications, LLC* | Thorndal, Armstrong, Delk,<br>Balkenbush & Eisinger<br>By: /s/Philip Goodhart, Esq.<br>Philip Goodhart, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Counsel for City of Mesquite* |

Morris, Sullivan, Lemkul & Pitegoff
By: /s/Jeffrey I. Pitegoff, Esq.
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
*Attorney for Virgin Valley Water District*

## **ORDER**

IT IS SO ORDERED, nunc pro tunc.

DATED this 31st of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE