UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br>v.<br><br>VIRGIN VALLEY WATER DISTRICT, et al.,<br><br>    Defendants. | CASE NO.  2:10-cv-00513-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLY BRIEFS TO PENDING MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

The parties, by and through their respective counsel of record, hereby stipulate and agree that Rebel Communications, LLC, Virgin Valley Water District and City of Mesquite's reply briefs to the pending motions for summary judgment (currently scheduled to be filed on April 9, 2015) be continued until April 27, 2015.  Counsel for City of Mesquite has been engaged in expert witness depositions in three (3) separate construction defect cases, as well as out of state depositions.  The proposed extension is the first requested by City of Mesquite.

RESPECTFULLY SUBMITTED this 6th day of April, 2015.

**THORNDAL ARMSTRONG DELK**
**BALKENBUSH & EISINGER**


/s/ Philip Goodhart
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 East Bridger Avenue, P.O. Box 2070
Las Vegas, Nevada  89125-2070
*Attorney for Defendant, CITY OF MESQUITE*

/s/ Craig A. Marquiz
Craig A. Marquiz, Esq.
MARQUIZ LAW OFFICE
3088 Via Flaminia Court
Henderson, NV 89052
*Attorney for Plaintiff*

/s/ Jeffrey I. Pitegoff
Jeffrey I. Pitegoff, Esq.
PITEGOFF LAW OFFICE
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
*Attorney for Virgin Valley Water District*

O R D E R

IT IS SO ORDERED.

DATED this 7th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE