1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10   REBEL COMMUNICATIONS, LLC, a              CASE NO.  2:10-cv-00513-LRH-PAL
     Nevada Limited Liability Company,
11
                    Plaintiff,               **STIPULATION AND ORDER TO**
12          v.                               **EXTEND DEADLINES FOR REPLY**
                                             **BRIEFS TO PENDING MOTIONS FOR**
13   VIRGIN VALLEY WATER DISTRICT,           **SUMMARY JUDGMENT (SECOND**
     et al.,                                 **REQUEST)**
14
                    Defendants.
15

16

17          The parties, by and through their respective counsel of record, hereby stipulate and

18   agree that Rebel Communications, LLC, Virgin Valley Water District and City of Mesquite's

19   reply briefs to the pending motions for summary judgment (currently scheduled to be filed on

20   April 27, 2015) be continued until May 5, 2015.  Counsel for City of Mesquite has been

21   engaged in expert witness depositions in three (3) separate construction defect cases, as well as

22   out of state depositions, which have taken longer than originally anticipated when the First

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   Request for extension was submitted.  The proposed extension is the first requested by City of

2   Mesquite.

3          RESPECTFULLY SUBMITTED this 24th day of April, 2015.

4                                              **THORNDAL ARMSTRONG DELK**
                                               **BALKENBUSH & EISINGER**

5

6                                              /s/ Philip Goodhart
                                               PHILIP GOODHART, ESQ.

7                                              Nevada Bar No. 5332
                                               1100 East Bridger Avenue, P.O. Box 2070

8                                              Las Vegas, Nevada  89125-2070
                                               *Attorney for Defendant, CITY OF MESQUITE*

9

10

11                                             /s/ Craig A. Marquiz
                                               Craig A. Marquiz, Esq.

12                                             MARQUIZ LAW OFFICE
                                               3088 Via Flaminia Court

13                                             Henderson, NV 89052
                                               *Attorney for Plaintiff*

14

15                                             /s/ Jeffrey I. Pitegoff
                                               Jeffrey I. Pitegoff, Esq.

16                                             PITEGOFF LAW OFFICE
                                               2620 Regatta Drive, Suite 102

17                                             Las Vegas, NV 89128
                                               *Attorney for Virgin Valley Water District*

18

19

20          IT IS HEREBY ORDERED this _27th_ day of April, 2015.

21

22                                             _____

23                                             LARRY R. HICKS

24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28