**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> VIRGIN VALLEY WATER DISTRICT et al. <br><br> Defendants. | CASE NO.   2:10-CV-00513-LRH (GWF) |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLY BRIEFS TO PENDING MOTIONS FOR SUMMARY JUDGMENT (THIRD REQUEST)**

The parties, by and through their respective counsel of record, hereby stipulate and agree that Rebel Communications, LLC, Virgin Valley Water District and City of Mesquite's reply briefs to the pending Motions for Summary Judgment (currently scheduled to be filed on May 5, 2015) be continued until May 7, 2015. Counsel for Rebel Communications, LLC, was scheduled to return from Reno, Nevada, on May 4th to review the Reply brief with its client prior to submission; however, unexpected delays occurred, and Counsel is not returning until the late evening of May 5th. Due to prior commitments, Plaintiff is unable to meet with counsel until the morning of May 7th.

///

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for replies to Motion for Summary Judgment briefs until May 7, 2015.

RESPECTFULLY SUBMITTED on the 5th day of May, 2015.

| MARQUIZ LAW OFFICE<br>PROFESSIONAL CORPORATION | THORNDAL, ARMSTRONG, DELK,<br>BALKENBUSH & EISINGER |
|---|---|
| /s/Craig A. Marquiz<br>CRAIG A. MARQUIZ, ESQ.<br>Nevada Bar No. 7437<br>3088 Via Flaminia Court<br>Henderson, Nevada 89052<br>*Attorney for Rebel Communications, LLC* | /s/Philip Goodhart<br>PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Counsel for City of Mesquite* |

**MORRIS, SULLIVAN, LEMKUL & PITEGOFF**

/s/Jeffrey I. Pitegoff
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 5458
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
*Attorney for Virgin Valley Water District*

## **ORDER**

IT IS SO ORDERED.

DATED this 6th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE