BRET O. WHIPPLE, ESQ.
Nevada Bar No.: 006168
ALISSA C. ENGLER, ESQ.
Nevada Bar No.: 11940
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000 - phone
(702) 974-4008 - fax

MARQUIZ LAW OFFICE
Professional Corporation
3088 Via Flaminia Court
Henderson, Nevada 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
Nevada Bar #7437
MarquizLaw@cox.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT of NEVADA

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> VIRGIN VALLEY WATER DISTRICT et al. <br><br> Defendants. | CASE NO.   2:10-CV-00513-LRH (GWF) |

**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING JOINT PRE-TRIAL MEMORANDUM**

Plaintiff and Defendants, acting by and through counsel, stipulate that the scheduled date to file a Joint Pre-Trial Order, presently due December 7, 2015, be extended to January 29, 2015. The reason for the extension is that counsel for Rebel Communications, as well as counsel for Defendants, have been occupied with other matters. Specifically, Mr. Whipple was preparing for a murder trial which was to begin December 7, 2015, Mr. Marquiz was in trial from November 30th, 2015. through December 4th, 2015. Mr. Goodhart has a January trial in case Liu v. Christopher Homes Case No. A655672 in Eighth Judicial District, on which he has been completing expert witness depositions over the past three (3) weeks, as well as pre trial motion practice for motions that are set for hearing on December 24, 2015. Mr. Pitegoff has a trial in Johnson v. BCMX et. Al, Case

No. A664557, in the Eighth Judicial District Court, currently set for January 4, 2015. Specifically, in preparation for Mr. Pitegoff's trial, the parties in that case are taking depositions up through December 22, 2015.

Therefore, the parties have been unable to effectively contribute their time to preparing the Joint Pre-Trial Order, and for that reason, now stipulate to extend the due date to 1/29/2016.

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for the Joint Pre-Trial Order to 1/29/2016.

RESPECTFULLY SUBMITTED on the 7th day of December, 2015.

| | |
|---|---|
| Marquiz Law Office<br>Professional Corporation<br>By: /s/Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, Nevada 89052<br>*Attorney for Rebel Communications, LLC* | Thorndal, Armstrong, Delk,<br>Balkenbush & Eisinger<br>By: /s/Philip Goodhart, Esq.<br>Philip Goodhart, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>*Counsel for City of Mesquite* |

Morris, Sullivan, Lemkul & Pitegoff
By: /s/Jeffrey I. Pitegoff, Esq.
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
*Attorney for Virgin Valley Water District*

## ORDER

IT IS SO ORDERED.

DATED this 8th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge