Jeffrey I. Pitegoff, Esq.
Nevada Bar No.: 5458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV  89169
(702) 405-8100
FAX – 702-405-8101
Pitegoff@morrissullivanlaw.com

*Attorney for Defendant*
*Virgin Valley Water District*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REBEL COMMUNICATIONS, LLC, a Nevada Limited Liability Company, | Case No.: 2:10-cv-00513-LRH-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DATE TO FILE JOINT PRETRIALMEMORANDUM** |
| v. | |
| VIRGIN VALLEY WATER DISTRICT, et als, | |
| Defendants. | |

Plaintiff and Defendants, acting by and through counsel, stipulate to extend the deadline to submit their JOINT PRETRIAL MEMORANDUM, presently due January 29, 2016, by five (5) business days to February 5, 2016.  The reason for this brief extension is that the parties are working diligently to develop a mutually agreeable joint pre-trial order, but due to the number of parties, complexity of claims and counter-claims, and volume of documents, the parties require five additional days to finalize the memorandum. So far, the parties have exchanged proposed lists of witnesses, documents, depositions, and issues for resolution during trial and engaged an in-person meet and confer conference to attempt to develop a mutually agreeable set of undisputed facts and resolve evidentiary objections, to the extent possible.

All parties have been cooperating and acting diligently in good faith and, therefore, respectfully request that the Court extend the scheduled date for the Joint Pre-Trial Order to February 5, 2016.

WHEREFORE, the parties respectfully request that the Court extend the scheduled date for the Joint Pre-trial Order to February 5, 2016.

SUBMITTED on the __29th__ day of January, 2016.

| | |
|---|---|
| MARQUIZ LAW OFFICE, P.C. | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| By: /s/ Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, NV 89052<br>*Attorney for Rebel Communications, LLC* | By: /s/ Philip Goodheart, Esq.<br>Philip Goodheart, Esq.<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>*Counsel for City of Mesquite* |

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

By: /s/ Jeffrey I. Pitegoff, Esq.
Jeffrey I. Pitegoff, Esq.
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
*Attorney for Virgin Valley Water District*

## ORDER

IT IS SO ORDERED.

DATED this __1st__ day of __February,__ 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge